# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| INHABITANTS OF THE TOWN OF FAIRFIELD, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) ) Case No. 1:14-cv-000495-JDL |
| TIME WARNER CABLE NORTHEAST LLC, | ) ) ) ) |
| Defendant. | ) |

## ORDER ADOPTING THE RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

The United States Magistrate Judge filed his Recommended Decision (ECF No. 24) with the court on March 3, 2015, pursuant to 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b). The time within which to file objections expired on March 20, 2015, and no objections have been filed. The Magistrate Judge notified the parties that failure to object would waive their right to *de novo* review and appeal.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED**. The plaintiff's Motion to Remand (ECF No. 11) is **DENIED**.

**SO ORDERED.**

      /s/Jon D.Levy
      United States District Judge

Dated this 8th day of April, 2015.